# UNITED STATES DISTRICT COURT

for the
Central District of California

| | | |
|---|---|---|
| **JILL BONNIE COHEN, on behalf of herself and those similarly situated,**<br>*Plaintiff*<br>v.<br>**NATIONAL TAX ADVISORY SERVICES LLC d/b/a TAX RELIEF HELPERS, LLC,**<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 5:26-cv-03376-SSS-AJR |

## AFFIDAVIT OF SERVICE

I, Seth Kinmont, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to NATIONAL TAX ADVISORY SERVICES LLC d/b/a TAX RELIEF HELPERS, LLC in Sacramento County, CA on July 16, 2026 at 11:07 am at 2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833-3502 by leaving the following documents with Skylar Leigh who as Intake Specialist, Authorized to Accept at Corporation Service Company is authorized by appointment or by law to receive service of process for NATIONAL TAX ADVISORY SERVICES LLC d/b/a TAX RELIEF HELPERS, LLC.

CLASS ACTION COMPLAINT
SUMMONS IN A CIVIL ACTION
CERTIFICATION AND NOTICE OF INTERESTED PARTIES
NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM
SUMMONS IN A CIVIL ACTION
NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge
CIVIL STANDING ORDER

Additional Description:
Skylar Leigh

Race: , Sex: , Est. Age: , Hair: , Glasses: N, Est. Weight: , Est. Height: .
Geolocation of Serve: https://google.com/maps?q=38.6161866667,-121.5163716667
Photograph: See Exhibit 1

Total Cost: $102.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Yolo County,
CA on 7/17/2026.

/s/ Seth Kinmont

Seth Kinmont - +1 (310) 623-9172
Registration No.: 2026-044
Registration County: Sacramento County


Exhibit 1a)
7/16/2026 11:7 am PDT
2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833-3502
38.6161867, -121.5163717
OPEN
ATTENTION: PROCESS SERVERS
First time visiting?
Please follow the steps below:
PLEASE NOTE
SOP HOURS ARE
8:00-2:00PM