**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JILL BONNIE COHEN<br><br>PLAINTIFF(S)<br><br>v.<br><br>NATIONAL TAX ADVISORY SERVICES LLC<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:26−cv−03376−SSS−AJR<br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

National Tax Advisory Services LLC doing business as Tax Relief Helpers, LLC

Clerk, U.S. District Court

August 28, 2026
Date

By */s/ Trina DeBose*
Deputy Clerk